FILED
2012 NOV 19 AM 10: 24
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARKET TRADERS INSTITUTE, INC., a Florida corporation,

    Plaintiff,

vs.

VERTUE TRADING PTY LTD, an Australian private company,

    Defendant.
_____/

CASE NO. 6:12-CV-1735-ORL-19-KRS

JURY TRIAL REQUESTED

INJUNCTIVE RELIEF REQUESTED

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff MARKET TRADERS INSTITUTE, INC., a Florida corporation ("MTI"), files this complaint against Defendant VERTUE TRADING PTY LTD, an Australian private company ("Vertue"), and states:

### PARTIES

1.    Plaintiff MTI is a Florida corporation with its principal place of business in Lake Mary, Florida, and which at all times material to this Complaint has conducted business in the Middle District of Florida.

2.    Defendant Vertue is an Australian private company, which at all times material to this Complaint committed infringing acts within this judicial district and division.

3. Vertue publishes works throughout the United States, including within this judicial district and division.

4. Vertue has committed acts of copyright infringement in the judicial district and division, causing damages in this district.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1332, and 1338.

6. This Court has personal jurisdiction over Vertue in that Vertue, as hereinafter alleged, is operating, conducting, engaging in or carrying on a business or business venture in this State, committed acts of copyright infringement in this State, caused injury in this State and otherwise have sufficient minimal contacts to meet the minimal jurisdictional requirements.

7. Venue is proper in this district pursuant to 28 U.S.C. §1391 as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

## COUNT I
### Copyright Infringement

8. MTI provides foreign exchange education and training.

9. MTI has developed a unique platform for its students and traders at the www.markettraders.com website.

10. This is an action for copyright infringement in violation of 17 U.S.C. § 501, *et seq.*

11. MTI is the owner of a copyright for an original work of authorship entitled "Markettraders.com" (the "Copyrighted Work").

12. The United States Register of Copyrights issued Copyright Registration No. TX 7-591-177 for the Copyrighted Work.

13. A true and correct copy of Copyright Registration No. TX 7-591-177 is attached hereto as Exhibit "A."

14. Copyright Registration No. TX 7-591-177 is valid and subsisting.

15. Vertue copied MTI's Copyrighted Work and has used the Copyrighted Work in connection with its provision of services in competition with MTI.

16. The copying by Vertue was not authorized by MTI, and therefore constitutes an actionable infringement in violation of 17 U.S.C. §501.

17. Upon information and belief, Vertue's infringing activities were knowingly engaged in with a willful and reckless disregard of MTI's rights.

18. MTI owns all rights, title and interest to the Copyrighted Work and the rights sought to be enforced herein.

19. On information and belief, Vertue has had access to the Copyrighted Work.

20. Vertue has copied, made derivatives, reproduced or distributed one or more copies of the Copyrighted Work throughout the United States, including within this judicial district, and continues to do so.

21. The copying, making derivative copies, reproduction or distribution by Vertue of the Copyrighted Work was and continues to be without license, and therefore constitutes an infringement in violation of 17 U.S.C. §501.

22. MTI has suffered a compensable injury due to the infringing activities of Vertue, and will continue to suffer irreparable injury unless MTI's infringing activities are preliminarily and then permanently enjoined.

23. MTI has been required to retain the undersigned counsel to enforce its rights to the Copyrighted Work and is entitled to reasonable fees from Vertue.

WHEREFORE, MTI respectfully requests that this Honorable Court enter such preliminary and final orders and judgments as are necessary to provide MTI with the following relief:

a. A preliminary and then permanent injunction enjoining Vertue from infringing MTI's Copyrighted Work;

b. A judgment for monetary damages for the acts of infringement by Vertue;

c. A judgment for the recall, impoundment and destruction of all materials containing infringing copies of MTI's Copyrighted Work;

d.  Statutory damages pursuant to 17 U.S.C. § 504;

e.  Enhanced damages as provided by Title 17;

f.  Reasonable attorneys' fees; and

g.  Such other and further relief as this Court deems just and proper.

### Request for Jury Trial

MTI requests a trial by jury.

Respectfully submitted November 16, 2012.

_____
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@addmg.com
David W. Magana
Florida Bar No. 41485
dmagana@addmg.com
ALLEN, DYER, DOPPELT,
MILBRATH
 & GILCHRIST, P.A.
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:  407/841-2330
Facsimile:   407/841-2343
Attorneys for Plaintiff