UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARKET TRADERS INSTITUTE INC., a
Florida corporation,

      Plaintiff,                           Case No. 6:12-cv-1735-Orl-19DAB

v.

VERTUE TRADING PTY LTD, an
Australian private company

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Market Traders Institute, Inc. hereby gives notice, pursuant to Fed.R.Civ.P. 41(1)(A)(i), of the dismissal of this civil action *without prejudice*, with each party to pay its own costs and attorneys' fees related to this action.

                                                         Respectfully submitted,

Dated: July 18, 2013            By:    s/Ava K. Doppelt
                                                            Ava K. Doppelt
                                                            Florida Bar #393738
                                                           adoppelt@addmg.com
                                                           David W. Magana
                                                           Florida Bar #41485
                                                           dmagana@addmg.com
                                                           ALLEN, DYER, DOPPELT,
                                                           MILBRATH & GILCHRIST, P.A.
                                                           255 S. Orange Ave., Suite 1401
                                                           Orlando, Florida 32801
                                                           Telephone: (407)841-2330
                                                           Facsimile: (407)541-2343
                                                           *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2013 I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system.

s/Ava K. Doppelt